**David H. BLUNT, Plaintiff–Appellant,**

v.

**CITY OF SALEM, a Municipal Corporation, Defendant–Appellee.**

**No. 13–35005.**

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2014.*

Filed Aug. 1, 2014.

David H. Blunt, pro se.

Kenneth Scott Montoya, Esquire, City of Salem Legal Department, Salem, OR, for Defendant–Appellee.

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

David H. Blunt appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging that defendant demolished his house in violation of federal law. We have jurisdiction under 28 U.S.C. § 1291. We review de novo and may affirm on any basis supported by the record. *Henrichs v. Valley View Dev.*, 474 F.3d 609, 613 n. 1 (9th Cir.2007). We affirm.

Dismissal of Blunt's action was proper because it is barred by a prior state court decision under the doctrines of claim and issue preclusion. *See Dodd v. Hood River County*, 136 F.3d 1219, 1224–25 (9th Cir. 1998) (setting forth Oregon's issue preclusion doctrine and explaining that "[f]ederal courts must give state court judgments the same preclusive effect as they would be given by courts of that state"); *Dodd v. Hood River County*, 59 F.3d 852, 861–62 (9th Cir.1995) (setting forth Oregon's claim preclusion doctrine).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

